1

2

3

4

5

6
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
7
## AT SEATTLE

8 JUAN RAMIREZ CHIPRES and MARTHA )
ALICIA PADILLA, )
9 )
Plaintiffs, ) No.: 2:18-cv-00395-RSM
10 )
v. )
11 ) **ORDER GRANTING**
U.S. CITIZENSHIP AND IMMIGRATION ) **DEFENDANTS' RULE 12(b)(1) MOTION**
12 SERVICES and U.S. DEPARTMENT OF ) **TO DISMISS**
OF HOMELAND SECURITY, )
13 )
)
14 Defendants. )

15      Upon consideration of Defendants' motion to dismiss the complaint, Plaintiffs'

16 opposition and Defendants' reply thereto, and any oral argument by the parties, it is hereby

17      ORDERED that Defendants' motion is GRANTED; and

18      ORDERED that the complaint be dismissed in its entirety.

19
DATED this 18 day of June 2018.
20

21

22 RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE
23

24

**U.S. Department of Justice**
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044

Presented this 7th day of May, 2018, by:


/s/ T. Monique Peoples
U.S. Department of Justice
Office of Immigration Litigation-DCS
Counsel for Defendants

ORDER
[Case No.: 2:18-cv-395-RSM] - 2